Opinion filed May 27, 2016



# In The

# Eleventh Court of Appeals

_____

## No. 11-16-00127-CR

_____

## PATRICIA GALINDO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-33,327**

## MEMORANDUM OPINION

Appellant, Patricia Galindo, has filed in this court a motion to dismiss this appeal. In the motion, Appellant asks that we withdraw her notice of appeal and dismiss this appeal. The motion is signed by both Appellant and her counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

May 27, 2016                                        PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.